Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio ▼

Civil Division

RECEIVED

JAN 0 2 2024

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Michelle Morris

Case No. 1:24CV003
(to be filled in by the Clerk's Office)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Hamilton County Job & Family Services

Jury Trial: *(check one)* ☐ Yes ☑ No

J. HOPKINS

M.J. LITKOVITZ

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michelle Morris |
| Address | 2793 Wheatfield Dr |
| | Cincinnati, OH 45251 |
| | *City* / *State* / *Zip Code* |
| County | Hamilton |
| Telephone Number | 513-952-3163 |
| E-Mail Address | Michellepickard3181979@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Matt Damschroder |
| Job or Title *(if known)* | Director for Job & Family Services |
| Address | Riffe Center, 30th Floor, 77 South High Street, |
| | Columbus, OH 43215-6117 |
| | *City* / *State* / *Zip Code* |
| County | |
| Telephone Number | (614) 644-4357 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Margie Weaver |
| Job or Title *(if known)* | Director of Children Services |
| Address | 222 E Central Pkwy, |
| | Cincinnati, OH 45202 |
| | *City* / *State* / *Zip Code* |
| County | Hamilton |
| Telephone Number | 513-946-1000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

Case: 1:24-cv-00003-JPH-KLL Doc #: 3 Filed: 01/16/24 Page: 3 of 9 PAGEID #: 30

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: Abigail Rogers
- Job or Title *(if known)*: Caseworker
- Address: 222 E. Central Pkwy
  - City: Cincinnati
  - State: OH
  - Zip Code: 45202
- County: Hamilton
- Telephone Number: 513-946-1000
- E-Mail Address *(if known)*:

[ ] Individual capacity  [✔] Official capacity

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Job & Family Services failed to maintain safety while having my minor disabled grandson Christopher Addis Jr. in their care. Not only did they committ professional misconduct but let the minor child go into unsafe conditions which were detrimental to his health and wellbeing.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Job & Family Services case workers and supervisors all knew about the unsafe conditions, drug use and abuse pertaining to minor child yet intentionally disregarded the evidence and pleas for help.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

3244 Paprika Ct. Cincinnati OH 45251

B. What date and approximate time did the events giving rise to your claim(s) occur?

June 20th 2023 at around 5pm.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On June 20, 2023 my grandson was removed from my home by Cps at mother's request and placed in an unclean, unsafe environment with someone he didn't know. I explained that he was disabled and it would be mentally and physically harmful because they use drugs and were unclean and did not have the capability to care for him and his disability. It was detramental to his health and mental state because he was irecieving multiple service for his disability thiru me (Speech, AT, in-home w/ Help me

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Minor child is always sick and though no medical history or allergies. Broken bones and brusies on several occasions inflicted by child's mother.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting that Job & Family services be held accountable for their actions for failing my disabled grandson and request that they receive the highest reprimand possible!

In addition, I request that I Michelle Morris regain full custody so that i may get my grandson back in treatment for his disability and in the home he deserves to be in surrounded by love!!

As for monetary gain/damages I request that Job & Family Services pay for all of his medical treatment such as occupational therapy, speech and physical therapy which is at Childrens Hospital.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01-02-2024

Signature of Plaintiff: *Michelle Morris*
Printed Name of Plaintiff: Michelle Morris

### B. For Attorneys

Date of signing: _____

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Address  
       City       State       Zip Code  
Telephone Number  
E-mail Address

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Kayla Hansen (Mother), Christopher Addis (Father) and Christopher Addis Jr. (Grandson) all lived with myself, Michelle Morris until June 20, 2024 when mom and dad had an altercation and mom (Kayla Hansen) was arrested for domestic violence. When released she came to my home and CPS arrived and stated that a safety plan was needed because mom was out of control. CPS was made aware of my grandson's disability and of the situation of mother, father and child. I explained along with his in-home therapist that it would be mentally and physically harmful to my grandson if removed from my home because I was providing daily care and transport to all services my grandson was recieving for his diability. CPS chose to ignore the therapist and myself as to what was best for my grandson's Health and mental state and removed him anyway. Since being removed my grandson's been sick and denied medical attention by CPS, Mother and Paternal grandmother. All therapies

-3-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

have stopped. I continually express my concerns about his health and mental state just to be ignored. My rights as his grandmother and daily care provider until June 20, 2024 have been violated and my grandson continues to suffer mentally and physically while my concerns go unheard and ignored.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Job & Family services be held accountable for their egregious actions for violating my civil rights and my disabled grandson I am requesting the highest reprimand possible along with the request they pay full medical costs for my grandson so he may continue his Speech, OT & physical therapy.

I state under penalty of perjury that the foregoing is true and correct. Executed on this __2__ day of __January__, 20__24__.

_Meahelle Morris_
Signature of Plaintiff

-4-