## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Michelle Morris,**
    **Plaintiff,**

-vs-                                                                                    Case No.  1:24-CV-3

**Matt Damschroder, et al.,**
    **Defendant(s).**

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

### IT IS ORDERED AND ADJUDGED

ORDER adopting Report and Recommendations re 4 Report and Recommendations. It is hereby ORDERED that the Complaint be DISMISSED with prejudice for failure to state a claim on which relief may be granted. For the reasons stated in the Report and Recommendation and pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would lack an arguable basis in law or in fact and thus would not be taken in good faith. The Court accordingly DENIES Plaintiff leave to appeal in forma pauperis. In accordance with Fed. R. App. P. 24(a)(5), Plaintiff remains free to file a motion for leave to proceed on appeal in forma pauperis in the Sicth Circuit Court of Appeals.

Date:  August 26, 2024                                                      Richard W. Nagel, CLERK

                                                                                         By:s/ Ketsorin VanDyke
                                                                                        Ketsorin VanDyke, Deputy Clerk